COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Kerry Salas De La Miya
Calcasieu Correctional Center DOC No. 1550200
P.O. Box 9169
Seminole, Fl 33775-9169

> Judgment on rehearing rendered and mailed to all parties or counsel of record on July 31, 2024

**REHEARING ACTION: July 31, 2024**

**Docket Number: 24   00254-KH**

**STATE OF LOUISIANA
VERSUS
KERRY SALAS DE LA MIYA**

**Writ Application from Calcasieu Parish Case No. 11218-CR-2023**

<u>**BEFORE JUDGES**</u>**:**

   **Hon. Sharon Darville Wilson
   Hon. Charles G. Fitzgerald
   Hon. Wilbur L. Stiles**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Kerry Salas De La Miya** is:

> <u>**REHEARING DENIED**</u>.  *See* La.Code Crim.P. arts. 648–649; *see also,*
> Uniform Rules—Courts of Appeal, Rule 2–18.7.

cc: Hon. Stephen C. Dwight, Counsel for  the Respondent